UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 10, 2000

MAY 11 2000

MEMORANDUM TO COUNSEL RE: Coach, a division of Sara Lee v.
Dwyer Galloway, et al.
Civil No. L-00-0596

Dear Counsel:

I am in receipt of defendants' motions for leave to file an answer late and to vacate the default judgment. Because defendants now have counsel, Mr. Gill, and because they took steps to defend the suit, I have granted both motions.

I enclose a scheduling order. As a first order of business, Coach shall, on or before June 1, 2000, take the defendants' depositions. In advance of the depositions (no later than May 26, 2000), defendants shall produce all documents showing their acquisition and/or sale of Coach products, whether genuine or counterfeit.

On or before June 15, 2000, counsel shall advise me whether they desire an early settlement conference.

Despite the informal nature of this memorandum, it shall constitute an order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court File