IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COACH<br>    Plaintiff(s)<br>vs.<br>DWYER GALLOWAY and<br>HANDBAG IT'S IN THE BAG<br>    Defendant(s) | * * * * * * * | Civil Action No. L 00CV 596<br><br>_____ FEE PAID<br><br>_____ FEE NOT PAID<br>(SEND LETTER) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Cheryl A. Maier__ Esquire a member of the Bar of this court, moves the admission of __Norman H. Zivin__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York and Illinois__

and/or the following United States Court(s): __see the attached list__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __NO__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/98




- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____Cheryl A. Maier_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____/s/ Cheryl A. Maier_____
Signature

Address
King, Pagano & Harrison
1730 Pennsylvania Ave., N.W., #900
Washington, DC 20006

Office phone number (202) 371-6800

(202) 371-6770
Fax number

012628
Md. U.S. District Court Number

PROPOSED ADMITTEE:

_____/s/_____
Signature

Address
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York 10036

Office phone number (212) 278-0400

(212) 391-0630
Fax number

## ORDER

Motion _____ GRANTED

Motion __✓__ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____6/14/00_____                    _____/s/ B. Legg_____
Dated                                 Judge, U.S. District Court

# NEW ATTORNEY ADMISSION FORMS
# TO BE USED IF BEING ADMITTED
# AFTER
# JULY 1, 1995

JUN - 6 2000

CLERK U S [DISTRICT COURT]
DISTRICT OF MARYLAND
NIGHT DROP BOX

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**NORTHERN DIVISION**
CLERK, U. S. DISTRICT COURT
101 WEST LOMBARD STREET, RM 4415
BALTIMORE, MARYLAND - 21201
410/962-2600, extension 3263

**SOUTHERN DIVISION**
CLERK, U. S. DISTRICT COURT
6500 CHERRYWOOD LANE, RM 240
GREENBELT, MARYLAND - 20770
301/344-0660, extension 3286

1. **GENERAL ADMISSION**                             REQUIRED FEE - $100.00
   (PERSONAL APPEARANCE REQUIRED)                    (EFFECTIVE 5/1/97)

2. **PRO HAC VICE ADMISSION**                         REQUIRED FEE - $50.00
   (PERSONAL APPEARANCE - NOT REQUIRED)

3. **RENEWAL FEE**                                   REQUIRED FEE - $25.00
   (NOTICE WILL BE SENT ADVISING EACH ATTORNEY OF THE DATE    (EVERY THREE YEARS)
   WHEN THE RENEWAL FEE IS TO BE SUBMITTED)

**FEES ARE WAIVED IF EMPLOYED BY FEDERAL, STATE OR LOCAL GOVERNMENT AGENCY.**

4. **LOCATION OF PRINCIPAL LAW OFFICE**
   (PURSUANT TO LOCAL RULE 701.1.a, AN ATTORNEY MUST EITHER BE A MEMBER OF THE BAR OF THE COURT OF APPEALS OF MARYLAND OR OF THE HIGHEST COURT OF THE STATE (OR THE DISTRICT OF COLUMBIA) IN WHICH THE ATTORNEY MAINTAINS HIS/HER PRINCIPAL LAW OFFICE.

5. **RECIPROCITY WITH OTHER JURISDICTIONS**
   (PURSUANT TO LOCAL RULE 701.1.b, AN ATTORNEY WHO IS NOT A MEMBER OF THE MARYLAND BAR MAY NOT BE A MEMBER OF THE BAR OF THIS DISTRICT IF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT IN WHICH THE ATTORNEY MAINTAINS HIS/HER PRINCIPAL LAW OFFICE HAS A LOCAL RULE THAT DENIES MEMBERSHIP IN ITS BAR TO ANY ATTORNEY WHO: (1) IS A MEMBER OF THE MARYLAND BAR MAINTAINING HIS/HER PRINCIPAL LAW OFFICE IN MARYLAND and (2) MEETS OTHER NON-DISCRIMINATORY QUALIFICATIONS SET BY THAT DISTRICT. NOTE: THE EASTERN and WESTERN DISTRICTS OF VIRGINIA PRESENTLY HAVE LOCAL RULES THAT FALL WITHIN THE PARAMETERS OF LOCAL RULE 701.1.b.

NOTE: Submission of outdated forms, incomplete checks, or no check may result in a delay in the processing of your application.

Please circulate the notice and forms to everyone within your firm, organization, or association who would benefit from its contents.

Effective 7/1/95
Revised 4/99

## BACKGROUND QUESTIONNAIRE

Please answer these questions "YES" or "NO". If you answer YES to any of these questions, you must submit an affidavit under the penalties of perjury stating: (1) relevant facts; (2) court; (3) charge; (4) date: (5) whether the occurrence was disclosed to the highest court of the state in which you are admitted; (6) disposition; (7) whether the occurrence was an isolated incident and (8) any other information you believe to be material.

1. Are there any disciplinary proceedings pending against you? __NO__

2. Have you ever been denied admission to practice, disbarred, suspended from practice, or disciplined by any court or bar authority? __NO__

3. Have you ever resigned from the practice of law in any court? __NO__

4. Excluding traffic violations punishable by fine only, have you ever been convicted of any crime or are any criminal charges pending against you? __NO__ (Imprisonment or fine upon a nolo contendere plea is considered to be the same as a conviction).

5. Have you ever been held in contempt of court? __NO__

## PRO BONO RESPONSIBILITIES

Please indicate your preference as to the types of cases you wish to receive appointment. (Election required)

1. _____ Prisoner civil rights cases

2. _____ Employment discrimination cases

3. _____ Bankruptcy cases

4. __X__ Other cases (field of practice)

5. _____ Employed by Government agency. Unable to accept appointments.

Please state your field of practice, if any __Intellectual Property__

Are you employed by a government agency? __NO__ If "YES", which one?

Set forth other reason(s) if any, which might prevent you from accepting pro bono appointments.
   out of state office

I prefer to represent clients in cases:

In Baltimore _____   In Greenbelt __X__   Either location _____

Norman H. Zivin

Bar Admissions

| | |
|---|---|
| Supreme Court | 07/21/75 |

Courts of Appeal:

| | |
|---|---|
| Second Circuit | 10/15/69 |
| Third Circuit | 09/03/86 |
| Fifth Circuit | 01/06/93 |
| Seventh Circuit | 06/16/76 |
| Ninth Circuit | 04/30/90 |
| Federal Circuit | 05/01/79 |

District Courts:

| | |
|---|---|
| Southern District New York | 01/08/70 |
| Eastern District New York | 01/08/70 |
| Northern District Illinois | 12/01/70 |
| Eastern District of Wisconsin | 06/29/94 |
| Western District of Wisconsin | 01/31/95 |

States:

| | |
|---|---|
| New York | 12/23/68 |
| Illinois | 11/16/70 |

U.S. Patent & Trademark Office 04/20/70